

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 NOV 18 AM 11: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DORSEY | CIVIL ACTION: 03-2022 |
| VERSUS | SECTION: K (Judge Duval) |
| MONEY MACK MUSIC, INC.; CASH MONEY RECORDS, INC. CASH MONEY PRODUCTIONS, INC, RONALD WILLIAMS BRYAN WILLIAMS AND MICHELLE DIAZ | MAG: 1 (Judge Shushan) |

### PLAINTIFF'S MOTION TO CONTINUE AND RESET TELEPHONE SCHEDULING CONFERENCE

NOW INTO COURT through undersigned counsel comes plaintiff and respectfully moves and represents as follows:

(1)

A preliminary telephone conference is currently set in this matter for 11:00 a.m. on December 12, 2003. The purpose of the conference is to pick cutoffs and a trial date. This Honorable Court's order fixing the date of the conference indicates that the parties are to complete their Rule 26 disclosures prior to the conference.

(2)

There is a dispute over jurisdiction in this matter. To be specific, this case was removed to federal court. Plaintiffs filed an opposed motion to remand which was submitted for decision in September 2003.

(3)

This Honorable Court has not yet ruled on the motion to remand. Thus, federal jurisdiction is not yet established.

DATE OF ENTRY
DEC 2 - 2003

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No.___ 22

(4)

Plaintiffs are concerned that preparation of Rule 26 disclosures and/or participation in the scheduling conference might be construed as a waiver of the right to remand and/or might serve to estop plaintiffs from pursuing the motion to remand.  Harris v. Edward Hyman Co., 664 F.2d 943, 945 (5th Cir. 1981); Fellhauer v. City of Geneva, 673 F.Supp. 1445 (N.D. Ill. 1987) (waiver, estoppel).

(5)

For this reason, plaintiffs believe that it would be prudent to continue the scheduling conference and reset same for a date after January 1, 2004.

(6)

Defense counsel has been contacted and has no opposition.

**WHEREFORE** plaintiffs respectfully move and pray this Honorable Court to continue the preliminary scheduling conference, currently scheduled for December 12, 2003, and reset same for a date after January 1, 2004.

Respectfully submitted by,

Donald F. de Boisblanc           #4786
Donald F. de Boisblanc, Jr.      #23462
J. Rand Smith, Jr.               #27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana  70112
(504) 586-0005
(504) 586-0007 fax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DORSEY | CIVIL ACTION: 03-2022 |
| VERSUS | SECTION: K (Judge Duval) |
| MONEY MACK MUSIC, INC.; CASH MONEY RECORDS, INC. CASH MONEY PRODUCTIONS, INC, RONALD WILLIAMS BRYAN WILLIAMS AND MICHELLE DIAZ | MAG: 1 (Judge Shushan) |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE AND RESET TELEPHONE SCHEDULING CONFERENCE

MAY IT PLEASE THE COURT:

This case was removed to federal court. Plaintiffs filed an opposed motion to remand which was submitted for decision in September 2003.

This Honorable Court has not yet ruled on the motion to remand. Thus, federal jurisdiction has not yet been established.

A preliminary telephone conference has been set for December 12, 2003. Plaintiffs are concerned that preparation of Rule 26 disclosures and/or participation in the scheduling conference might be construed as a waiver of the right to remand and/or might serve to estop plaintiffs from pursuing the motion to remand. Harris v. Edward Hyman Co., 664 F.2d 943, 945 (5th Cir. 1981) (waiver); Fellhauer v. City of Geneva, 673 F.Supp. 1445 (N.D. Ill. 1987) (waiver, estoppel).

To avoid any possible argument over whether plaintiffs might waive the right to remand by preparing Rule 26 disclosures or participating in the scheduling conference,

plaintiffs respectfully ask this Honorable Court to continue the preliminary telephone conference to a time and date on or after January 1, 2004.

                                          Respectfully submitted by,

                                          _____

| | |
|---|---|
| Donald F. de Boisblanc | #4786 |
| Donald F. de Boisblanc, Jr. | #23462 |
| J. Rand Smith, Jr. | #27090 |

Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
(504) 586-0005
(504) 586-0007 fax

IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DORSEY | CIVIL ACTION: 03-2022 |
| VERSUS | SECTION: K (Judge Duval) |
| MONEY MACK MUSIC, INC.; CASH MONEY RECORDS, INC. CASH MONEY PRODUCTIONS, INC, RONALD WILLIAMS BRYAN WILLIAMS AND MICHELLE DIAZ | MAG: 1 (Judge Shushan) |

## CERTIFICATE

I certify that I have served a copy of the above and foregoing on all counsel of record by hand or by placing same in the U.S. mail postage prepaid this 18th day of November, 2003.

    Bruce v. Schewe, Esq.
    Phelps Dunbar, L.L.P.
    Canal Place
    365 Canal Street Suite 2000
    New Orleans, LA 70130

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DORSEY | CIVIL ACTION: 03-2022 |
| VERSUS | SECTION: K (Judge Duval) |
| MONEY MACK MUSIC, INC.; CASH MONEY RECORDS, INC. CASH MONEY PRODUCTIONS, INC, RONALD WILLIAMS BRYAN WILLIAMS AND MICHELLE DIAZ | MAG: 1 (Judge Shushan) |

**CERTIFICATE OF NO OPPOSITION**

Counsel for defense has been contacted and has no opposition to postponing the December 12, 2003 Telephone Status Conference.

_____
Donald de Boisblanc, Jr.

VII

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DORSEY | CIVIL ACTION: 03-2022 |
| VERSUS | SECTION: K (Judge Duval) |
| MONEY MACK MUSIC, INC.; CASH MONEY RECORDS, INC. CASH MONEY PRODUCTIONS, INC, RONALD WILLIAMS BRYAN WILLIAMS AND MICHELLE DIAZ | MAG: 1 (Judge Shushan) |

## **ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED, AND DECREED THAT plaintiff's Motion to Continue and Reset Telephone Scheduling Conference is hereby granted and the preliminary telephone conference which is currently set for 11:00 a.m. on December 12, 2003 is hereby continued and reset for ___ a.m. on the ___ day of January, 2004.

New Orleans, Louisiana this ___ day of August, 2003.

*December 1, 2003.*

_____
United States Judge

*Moot - Case Remanded.*

V